

July 19, 2019

**Via ECF and Federal Express**

The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

  Re: *Saugatuck, LLC v. St. Mary's Commons Associates, L.L.C.*, No. 2:19-cv-00217

Dear Judge Feuerstein:

  I am associated with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiff Saugatuck, LLC. I submit this letter in compliance with Local Civil Rule 1.4 to request leave of this Court to withdraw my appearance in the above-referenced action because I will be leaving Boies Schiller Flexner LLP on August 1, 2019.

  Boies Schiller Flexner LLP will continue to represent the Plaintiff in this action. My withdrawal will not delay the matter or prejudice any party, and I am not asserting a retaining or charging lien.

  Plaintiff has been provided with a copy of this letter and has consented to my withdrawal.

              Respectfully submitted,

              Daniel M. Kelly

cc: All counsel of record via ECF

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com